IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARREN K. AMARAL, #A0747000, | ) | CIV. NO. 16-00147 DKW/RLP |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING IN FORMA |
| | ) | PAUPERIS APPLICATION |
| vs. | ) | |
| | ) | |
| FRANCIS X. SEQUEIRA, HALAWA | ) | |
| CORRECTIONAL FACILITY | ) | |
| MEDICAL UNIT STAFF, | ) | |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |

## ORDER GRANTING IN FORMA PAUPERIS APPLICATION

Plaintiff's in forma pauperis application is GRANTED.  *See* 28 U.S.C.

§ 1915(a).  The court has not yet screened the Complaint as required under 28

U.S.C. §§ 1915(e) and 1915A(a).  Plaintiff is NOTIFIED that, as a prisoner, he is

obligated to pay the full filing fee regardless of the outcome of this suit or whether

he is later released.  *See* 28 U.S.C. § 1915(b)(1) & (e)(2); *see also Putzer v. Attal*,

2013 WL 4519351, at *1-2 (D. Nev. Aug. 23, 2013) (holding prisoner remains

liable for full filing fee on release).

Plaintiff shall make an **initial partial payment of $44.00**, representing 20%

of his average monthly balance for the past six months.  28 U.S.C. § 1915(b)(1).

Thereafter, Plaintiff shall make monthly payments of 20% of the preceding month's income credited to his account, when his account balance exceeds $10.00. 28 U.S.C. § 1915(b)(2).

IT IS HEREBY ORDERED that:

(1)  The Hawaii Department of Public Safety (DPS), Halawa Correctional Facility (HCF) Warden, or designee shall calculate, collect, and remit to the Clerk of Court an **initial partial payment of $44.00** from Plaintiff's account and thereafter remit monthly payments to the court equaling 20% of Plaintiff's preceding month's deposits **when the account exceeds $10.00**, until the $350.00 filing fee is paid in full.  *See* 28 U.S.C. § 1915(b)(2).  These payments must be identified by the name and number assigned to this action.

(2)  The Clerk is directed to serve a copy of this order on Plaintiff, DPS Director Nolan Espinda, the HCF Warden, and Shelley Nobriga, DPS Litigation Coordination Officer/IIO Hearings Officer, 919 Ala Moana Blvd., #116,

//                    //

//                    //

2

Honolulu, Hawaii 96814.  The Clerk shall submit a copy of this order to the

District of Hawaii's Financial Department.

IT IS SO ORDERED.

DATED: April 13, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Darren K. Amaral, #A0747000 v. Francis X. Sequeira, et al.*; Civil No. 16-00147
DKW-RLP; **ORDER GRANTING IN FORMA PAUPERIS APPLICATION**

*Amaral v. Sequeira*, 1:16-cv-00147 DKW-RLP; Order Granting In Forma Pauperis Application; PSA IFP 2016 (Amaral 16-147
DKW);Amaral 16-147 DKW (grt prt no scrn 1983).wpd